1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   ALEX G. TSE (CSBN152348)
3  Chief, Civil Division

4  ANN MARIE REDING (CSBN 226864)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6813
7      FAX: (415) 436-6748
       annie.reding@usdoj.gov
8
   Attorneys for Federal Defendant
9  Brook Stewart

10                  UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                       SAN FRANCISCO DIVISION
13

14 ALLEN WAYNE LACKEY,              )  No. 3:12-cv-03242-RS
                                    )  [Related Case Nos.: 3:12-cv-03241-RS
15         Plaintiff,                )  3:12-cv-03244-RS]
                                    )
16    v.                            )  STIPULATION AND [PROPOSED]
                                    )  ORDER OF DISMISSAL WITH
17 BROOK STEWART,                   )  PREJUDICE
                                    )
18         Defendant.               )
                                    )
19  _____ )

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27
28

STIPULATION OF DISMISSAL
3:12-cv-03241-RS, 3:12-cv-03242-RS, 3:12-cv-03244-RS      1

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff ALLEN WAYNE LACKEY ("Plaintiff") and the UNITED STATES OF AMERICA hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorneys' fees.

DATED: October 25, 2012

DOUGLAS PHARR
Attorney for Plaintiff Allen Wayne Lackey

DATED: October 26, 2012

Ann Marie Reding
Assistant United States Attorney
Attorney for Defendant

### [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

Dated: 10/30/12

HON. RICHARD SEEBORG
United States District Judge