1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   ALEX G. TSE (CSBN 152348)
3  Chief, Civil Division

4  ANN MARIE REDING (CSBN 226864)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6813
7       FAX: (415) 436-6748
        annie.reding@usdoj.gov
8
   Attorneys for Federal Defendant
9  Brook Stewart

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION
13

14 | ALLEN WAYNE LACKEY,            )   No. 3:12-cv-03242-RS
                                    )   [Related Case Nos.: 3:12-cv-03241-RS
15 |      Plaintiff,                )   3:12-cv-03244-RS]
                                    )
16 |   v.                           )   STIPULATION AND [PROPOSED]
                                    )   ORDER OF DISMISSAL WITH
17 | BROOK STEWART,                 )   PREJUDICE
                                    )
18 |      Defendant.                )
                                    )
19 |_____  )

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27
28

STIPULATION OF DISMISSAL
3:12-cv-03241-RS, 3:12-cv-03242-RS, 3:12-cv-03244-RS   1

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff ALLEN WAYNE LACKEY ("Plaintiff") and the UNITED STATES OF AMERICA hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorneys' fees.

DATED: October 25, 2012

DOUGLAS PHARR
Attorney for Plaintiff Allen Wayne Lackey

DATED: October 26, 2012

Ann Marie Reding
Assistant United States Attorney
Attorney for Defendant

### [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

Dated: 10/30/12

HON. RICHARD SEEBORG
United States District Judge

STIPULATION OF DISMISSAL
3:12-cv-03241-RS, 3:12-cv-03242-RS, 3:12-cv-03244-RS    2